**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ALBERT C. OEHRLE,

             Respondent

      v.

MARCIA WOOLMAN GOLDSMITH AND
EDWIN M. GOLDSMITH III,

             Petitioners

:   No. 574 MAL 2015
:
:
:
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
:
:
:
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.